Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAERSK LINE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DUBITEC AMERICA, INC.<br><br>　　　　　Defendant.<br><br>DUBITEC AMERICA, INC.<br><br>　　　　　Counter-claimant<br>v.<br><br>MAERSK LINE<br><br>　　　　　Counter-defendant | Case No. 8:18-SACV-00146 AG (AGRx)<br><br>**DISMISSAL WITH PREJUDICE** |

//

//

1

GOOD CAUSE APPEARING THEREFOR, pursuant to the Stipulation of the parties the entire action is dismissed with prejudice, each party to bear their own costs and fees.

Dated: September 12, 2018

_____
Honorable Andrew J. Guilford
United States District Judge